IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| Martin, Sergio | ) | Case No. 19 B 04426 |
| | ) | |
| Debtor(s). | ) | |

## NOTICE OF MOTION

To: See attached Service List

    PLEASE TAKE NOTICE that on November 7 , 2019, at the hour of 9:30 a.m., or as soon thereafter as counsel can be heard, the undersigned will appear before the Honorable Deborah L. Thorne, Bankruptcy Judge, in Courtroom No. 613, 219 S. Dearborn Street, Chicago, Illinois, and then and there present the attached Trustee's Rule 9019 Motion to Approve Compromise and Settlement of Personal Injury Action.
    At which time and place you may appear if you see fit.

Phillip D. Levey
2722 North Racine Avenue
Chicago, IL 60614
(773) 348-9682

## CERTIFICATE OF SERVICE

    I, Phillip D. Levey, an attorney, certify that on October 17, 2019, I served the aforesaid Notice of Motion and the Motion described therein on the Office of the U.S. Trustee and David M Siegel via ECF and on the remaining persons, if any, by depositing the same in the U.S. Mail in envelopes, with proper postage prepaid.

/s/ Phillip D. Levey

Advocate Health Care
PO Box 3039
Oakbrook, IL 60522-3039

Alight Solutions
PO Box 1553
Lincolnshire, IL 60069-1553

American InfoSource
PO Box 248848
Oklahoma City, OK 73124-8848

BLEECKER BRODEY AND ANDREWS
9247 N MERIDIAN ST STE 101
INDIANAPOLIS IN 46260-1813

Cap One
Bankruptcy Dept.
PO Box 30285
Salt Lake City, UT 84130-0285

Capital 1 Bank
Attn: General Correspondence
Po Box 30285
Salt Lake City, UT 84130-0285

CAPITAL ONE
PO BOX 30285
SALT LAKE CITY UT 84130-0285

Capital One, N.A.
PO Box 71083
Charlotte, NC 28272-1083

CB/Express
PO Box 337003
NorthGlenn, CO 80233-7003

CB/Vctrssec
PO Box 182789
Columbus, OH 43218-2789

CB/VICSCRT (Victoria Secret)
PO Box 182128
Columbus, OH 43218-2128

Cepamerica Illinois, LLP
PO Box 582663
Modesto, CA 95358-0070

Citibank N.A.
701 E. 60th St N
Sioux Falls, SD 57104-0493

CMRE Financial Services
3075 E. Imperial HWY 200
Brea, CA 92821-6753

Cmre. 877-572-7555
3075 E Imperial Hwy Ste
Brea, CA 92821-6733

Compas Eq Fn
15 W 580 Frontage
Burr Ridge, IL 60527-5636

Con Fin Svc
7017 Roosevelt Roa
Berwyn, IL 60402-1036

Consumer Finance Services, Corp.
509 S. Greenbay Road
Waukegan, IL 60085-6003

Credit Management
4200 International Parkway
Carrollton, TX 75007-1912

Daniel E Goodman LLC
9701 W Higgins Rd
Suite 601
Rosemont, IL 60018-4703

David M Siegel
David M. Siegel & Associates
790 Chaddick Drive
Wheeling, IL 60090-6005

GECRB/HHGR
PO Box 965036
Orlando, FL 32896-5036

GECRB/Old Navy
PO Box 981400
C811
El Paso, TX 79998-1400

GECRB/TJ Max
4125 Windward Plaza
Alpharetta, GA 30005-8738

GECRB/TJX
PO Box 965015
Orlando, FL 32896-5015

Gecrb/Value City Furniture
PO Box 965036
Orlando, FL 32896-0001

Gemb/Old Navy
Bankruptcy Department
PO Box 103104
Roswell, GA 30076-9104

Gemb/TJXDC
Bankruptcy Department
PO Box 103104
Roswell, GA 30076-9104

Genesis FS Card Services (Kay Jewele
PO Box 4480
Beaverton, OR 97076-4480

Granite State Management & Resources
PO Box 3420
Concord, NH 03302-3420

JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

Kay Jewelers
PO Box 740425
Cincinnati, OH 45274-0425

Keynote Consulting
220 W Campus Drive
Suite 102
Arlington Heights, IL 60004-1498

Kohl/Cap1
PO Box 6497
Sioux Falls, SD 57117-6497

Kohl/Chase(Kohl's Department Store)
Attn: Bankruptcy Department
N54W 17000 Ridgewood Drive
Menomonee Falls, WI 53051

Merchant Credit Guide
223 W. Jackson Blvd
Chicago, IL 60606-6908

Merchants Credit Guide
223 W. Jackson Blvd
Chicago, IL 60606-6914

Midamerica Orthopaedics Sc
75 Remittance Drive
Suite 6035
Chicago, IL 60675-6035

Midland Credit Management, Inc.
Bankruptcy Department
8875 Aero Drive, Ste 200
San Diego, CA 92123-2255

Midland Funding LLC
2365 Northside Drive, Ste. 300
San Diego, CA 92108-2709

Nhhelc/gsm&r
Po Box 3420
Concord, NH 03302-3420

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604-2027

Personal Finance Co.
10945 S Cicero Ave
Oak Lawn, IL 60453-5501

Personal Finance Company
PO Box 43490
Nottingham, MD 21236-0490

Plastic Surgery   Hand Special
444 E Algonquin Road
Arlington Heights, IL 60005-4664

Plastic Surgery & Hand Specialists
C/O Keyote Consulting, INC
220 W. Campus Dr #102
Arlington Height, Il 60004-1498

Portafolio Recovery Associates
Riverside Commerce Center
120 Corporate Blvd Ste 100
Norfolk, VA 23502-4952

PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

Radiology Imaging Consultants, SC
75 Remittance Drive
Dept. 1324
Chicago, IL 60675-1324

Riezman Berger, Attorney at Law
7700 Bonhomme Ave
7th Floor
Saint Louis, MO 63105-1960

Rubin  Sheldon Dpm
6508 W Archer Ave
Suite 1
Chicago, IL 60638-2424

Santander Consumer USA
Bankruptcy Department
PO BOX 961245
Fort Worth, TX 76161-0244

Santander Consumer USA Inc.
c/o Stewart, Zlimen & Jungers, Ltd.
2860 Patton Road
Roseville, MN 55113-1100

Sears/CBNA
Attn:Bankruptcy Dept.
PO Box 6189
Sioux Falls, SD 57117-6189

Sears/Citibank
PO Box 6283
Sioux Falls, SD 57117-6283

Sergio Martin
4621 W. 102nd St.
Oak Lawn, IL 60453-4221

SPRINT NEXTEL CORRESPONDENCE
ATTN BANKRUPTCY DEPT
PO BOX 7949
OVERLAND PARK KS 66207-0949

Stanisccontr
914 14th St
Modesto, CA 95354-1011

Stanislaus Credit Control
914 14th St., POB 480
Modesto, CA 95354-1011

| | | |
|---|---|---|
| SYNCB/SYNCHONY HOME<br>PO Box 965036<br>Orlando, FL 32896-5036 | SYNCB/Value City Furniture<br>PO Box 965036<br>Orlando, FL 32896-5036 | Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |
| Td Auto Finance<br>2777 Franklin Rd.<br>Farmington Hills, MI 48334 | US Cellular<br>Bankruptcy Department<br>PO Box 7835<br>Madison, WI 53707-7835 | US Department of Education<br>PO Box 3420<br>Concord, NH 03302-3420 |
| Verizon<br>Bankruptcy Nat'l Recovery Dept<br>PO Box 26055<br>Minneapolis, MN 55426-0055 | | |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: ) | |
| ) | |
| Martin, Sergio ) | Case No. 19 B 04426 |
| ) | |
| Debtor. ) | |

**TRUSTEE'S RULE 9019 MOTION TO APPROVE COMPROMISE AND**
**SETTLEMENT OF PERSONAL INJURY ACTION**

Phillip D. Levey, trustee herein, respectfully represents as follows:

1. This case was commenced by the filing of a voluntary petition under Chapter 7 of the Bankruptcy Code on February 20, 2019.

2. Movant is the duly appointed, qualified and acting trustee in this case.

3. Among the assets which constitute property of this estate is a cause of action for personal injuries suffered by the debtor as a result of a bar room altercation which is the subject of a lawsuit now pending and undetermined in the Circuit Court of Cook County, Illinois, Law Division, entitled <u>Sergio Martin et al. v. 15 Hubbard, LLC, et al.</u>, Case No. 17 L 11130.

4. The defendants in the aforesaid action have offered to compromise and settle all of the debtor's claims in said action by paying the sum of $150,000.00 to this estate.

5. Movant is represented in said action by the law firm of Daniel E. Goodman, LLC ("Goodman") of Rosemont, Illinois, in its capacity as special counsel pursuant to this Court's Order of September 12, 2019. As set forth in said Order, Goodman is to receive a contingent fee equal to thirty-three and one-third percent (33 1/3%) of all sums recovered plus reimbursement of all costs advanced subject to the final approval of this Court.

6. Goodman has advised movant that said action as well as any settlement thereof is subject

to the following medical care liens:

| | |
|---|---|
| Chicago Fire Department EMS | $1,017.00 |
| Northwestern Memorial Hospital | 4,976.31 |
| Suburban Orthopaedics | 536.36 |
| Ashton Surgical Center (Reduced from $36,232.00) | 18,116.00 |
| Oak Brook Anesthesiologists (Reduced from $1,125.00) | 562.50 |
| ATI Physical Therapy | 691.55 |
| Synergy Rx, Inc. (Reduced from $1,239.12) | 850.00 |
| Medical Enterprise Solutions, LLC | 845.00 |

Goodman has further advised movant that it has advanced costs in the amount of $1,176.67 to date which it also seeks reimbursement for from the proposed settlement. An itemized list of said costs is attached hereto as Exhibit "A".

7. The debtor has also claimed $15,000.00 of any recovery from said action as exempt pursuant to 735 ILCS 5/12-1001(h)(4). No objections have been filed with respect to said claim of exemption.

8. Goodman has further advised movant that the aforesaid offer is fair and reasonable under the facts of the case and therefore recommended that movant accept it.

9. In conducting a hearing under Rule 9019, a Bankruptcy Court must determine whether a proposed settlement is fair and equitable as well as in the best interests of the bankruptcy estate. Depositer v. Mary M. Holloway Foundation, 36 F.3d 582, 586 (7th Cir. 1994).

10. Bankruptcy Courts may approve adversary litigation settlements that are in the best interests of the estate. In re: Energy Co-Op, Inc., 886 F.2d 921, 927-929 (7th Cir. 1989); In re:

American Reserve Corp., 841 F.2d 159, 161 (7th Cir. 1987). The linchpin of the "best interests of the estate" test is a comparison of the value of the settlement with the probable costs and benefits of litigating. In re Energy Co-Op, Inc., 886 F.2d at 161. As part of this test, the value of the settlement must be reasonably equivalent to the value of the claims surrendered. This reasonable equivalence standard is met if the settlement falls within the reasonable range of possible litigation outcomes. In re: Energy Co-Op, Inc., 886 F.2d at 929; In re New York, New Haven & Hartford Railroad Co., 632 F.2d 955, 960 (2d Cir. 1980); see also Protective Committee for Independent Stockholders of TMT Trailer Ferry, Inc. v. Anderson, 390 U.S. 414, 424-25, 88 S. Ct. 1157, 20 L.Ed.2d 1 (1968); Depositer, 36 F.3d at 568. Because litigation outcomes cannot be predicted with mathematical precision, only if a settlement falls below the low end of possible litigation outcomes will it fail the reasonable equivalence standard. In re: Energy Co-Op, Inc., 886 F.2d at 929.

12. Approval of the proposed settlement in the present case will permit payment in full of all costs of administration, the debtor's claim of exemption and payment of a substantial dividend to creditors. On the other hand, the outcome of continued litigation of said action is uncertain and could result in no recovery whatsoever. Accordingly, movant believes that the proposed settlement does not fall below the low end of possible litigation outcomes. Movant therefore recommends that he be authorized to accept said settlement as being in the best interests of this estate.

13. Movant further recommends that he be authorized to utilize said funds to pay Goodman the sum of $50,000.00 as and for attorney fees as special counsel to movant in said action; pay Goodman the sum of $1,176.67 as and for reimbursement of costs advanced as special counsel to movant in said action; pay all of the aforementioned medical care liens as aforesaid in full and final settlement of said medical care liens with respect to said action; and pay the aforesaid exemption

claim of the debtor as to said action in the amount of $15,000.00 each without further order of Court.

14. Movant has served this motion on all creditors, the debtors, the Office of the U.S. Trustee and other parties in interest in accordance with the requirements of Bankruptcy Rules 2002(a)(3), 6007 and 9019(a).

Wherefore, movant prays for the entry of an order in conformity with this motion and for such other and further relief as may be appropriate.

                                                               /s/ Phillip D. Levey
                                                                     Trustee

Phillip D. Levey
2722 North Racine Avenue
Chicago, IL 60614
(773) 348-9682

# EXHIBIT A

**Pro-Rated Expenses**

*Final Audit.*
*File Audited*

| | | | | | Wilson | McMartin |
|---|---|---|---|---|---|---|
| Payee | Check # | Description | Date of Check | Amount of Check | | |
| | | Wilson & Martin v. El Hefe  D/A: 2/5/17  T/A: 11:20-11:30p.m.  P/A: El Hefe 15 W. Hubbard Chicago, IL | | | | |
| LODEG | | Cert Mail x2 Liens to Defendant | 2/13/17 | $13.12 | 6.56 ($I) | 6.56 |
| MMRA (Kevin) Proc. Fee | 14496 | Northwestern Mem. Hospital | 2/24/17 | $26.77 | 26.77 | |
| Chicago Police Dept | 14682 | Incident report | 5/23/17 | $0.50 | .25 | .25 |
| Iron Mountain(IRM16214455) | Visa | Northwestern Mem. Hospital (10pgs) | 6/22/17 | $5.00 | 5.00 | |
| MMRA ( | Visa | Christ Hospital | 8/15/17 | $64.29 | | 64.29 |
| Iron Mountain (IRM16819778) | VISA | Northwestern Memorial Hospital | 10/16/17 | $37.02 | | 37.02 |
| Clerk of Cook Cty | 15176 | Complaint | 11/1/17 | $368.00 | 184.00 | 184.00 |
| Sheriff of Cook Cty | 15162 | Summons | 11/1/17 | $60.00 | 30.00 | 30.00 |
| Lodeg | | Court Parking 1/3/18 | 1/12/18 | $10.33 | 5.16 | 5.17 |
| Lodeg | | Court Parking 2/8/18 | 2/20/18 | $12.40 | 6.20 | 6.20 |
| Lodeg | | Court Parking 4/5/18 | 4/13/18 | $10.33 | 5.17 | 5.16 |
| Loyola Medical Center | 15594 | Med Bills | 5/24/18 | $25.00 | 25.00 | |
| Lodeg | | Court Parking 5/24/18 | 6/4/18 | $20.67 | 10.33 | 10.34 |
| MMRA (REQ-LR434541) | VISA | Advocate Christ | 6/18/18 | $6.50 | | 6.50 |
| Lodeg | | Court Parking 6/25/18 | 6/29/18 | $15.50 | 7.75 | 7.75 |
| Lodeg | | Court Parking 7/27/18 | 8/3/18 | $12.40 | 6.20 | 6.20 |
| lodeg | | court parking 9/27/18 | 9/28/18 | $15.50 | 7.75 | 7.75 |
| lodeg | | Parking, Dep of Sergio Martin | 9/28/18 | $31.00 | | 31.00 |
| lodeg | | court parking 10/15/18 | 10/22/18 | $10.33 | 5.17 | 5.16 |
| lodeg | | court parking 10/30/18 | 11/5/18 | $31.00 | 15.50 | 15.50 |
| lodeg | | court parking 11/30/18 | 12/3/18 | $10.33 | 5.16 | 5.17 |
| Kathlene Hanhardt | 15956 | Dep of Eric Sanchez 11/19/2018 | 12/11/18 | $130.00 | 65.00 | 65.00 |
| Chicago Police Dept | 15980 | Sub Fee | 12/20/18 | $25.00 | 12.50 | 12.50 |
| Kathlene Hanhardt | 16011 | Dep of Charles Palonis 12/17/18 | 1/10/19 | $130.00 | 65.00 | 65.00 |
| LODEG | | Court Parking 1/22/19 | 2/1/19 | $8.85 | 4.43 | 4.42 |
| Kathlene Hanhardt | 16092 | Deposition of Sean Dykes *CANCELLED* | 2/7/19 | $140.00 | 70.00 | 70.00 |
| LODEG | | Court Parking 2/8/19 | 2/18/19 | $12.40 | 6.20 | 6.20 |
| LODEG | | Parking - DEP of witness, Estrada, on 2/27/19 | 2/28/19 | $31.00 | 15.50 | 15.50 |
| LODEG | | Court Parking 3/26/19 | 3/30/19 | $20.67 | 10.33 | 10.34 |

| | | | | | WIBSON | MARTIN |
|---|---|---|---|---|---|---|
| LODEG | | Dep of Sean Dykes on 3/25/19 | 3/30/19 | $ 31.00 | 15.50 | 15.50 |
| Kathlene Hanhardt | 16178 | Dep of Sean Dykes on 3/25/19 - DID NOT SHOW | 4/5/19 | $ 140.00 | 70.00 | 70.00 |
| Lodeg | | Certified Mail X5 Subpoenas | 4/23/19 | $ 34.00 | 17.00 | 17.00 |
| LODEG | | Court Parking 4/15/19 | 4/27/19 | $ 12.40 | 6.20 | 6.20 |
| LODEG | 20179 | Street Parking - Dep of Nicole Phillips 4/24/19 | 4/27/19 | $ 4.00 | 2.00 | 4.00 |
| Chicago Police Dept | 16220 | Subpoena | 5/3/19 | $ 25.00 | 12.50 | 12.50 |
| Lawrence Wallace | 16224 | Subpoena | 5/3/19 | $ 25.00 | 12.50 | 12.50 |
| Alex Zodo | 16225 | Subpoena | 5/3/19 | $ 25.00 | 12.50 | 12.50 |
| Brian Rivera | 16226 | Subpoena | 5/3/19 | $ 25.00 | 12.50 | 12.50 |
| LODEG | | Parking - DEP of Ed Kilroy on 5/2/19 | 5/4/19 | $ 20.67 | 10.34 | 10.33 |
| Chicago Police Dept | 16227 | Subpoena | 5/6/19 | $ 25.00 | 12.50 | 12.50 |
| Kathlene Hanhardt | 16232 | DEP of Edward Kilroy on 5/2/19 | 5/8/19 | $ 140.00 | 70.00 | 70.00 |
| LODEG | | Parking 5/23/19 - DEP of Dr. Amy Kondrick | 5/28/19 | $ 31.00 | 15.50 | 15.50 |
| LODEG | | Parking 5/27/19 - DEP of Sean Dykes | 6/1/19 | $ 31.00 | 15.50 | 15.50 |
| LODEG | | Court Parking 5/30/19 | 6/1/19 | $ 8.85 | 4.42 | 4.43 |
| Kathlene Hanhardt | 16315 | DEP of Sean Dykes on 5/28/19 | 6/8/19 | $ 140.00 | 70.00 | 70.00 |
| Kathlene Hanhardt | 16359 | DEP of Officer Zodo and Officer Rivera on 6/4/19 | 7/9/19 | $ 140.00 | 70.00 | 70.00 |
| LODEG | | Court Parking 7/30/19 | 8/6/19 | $ 8.85 | 4.43 | 4.42 |
| LODEG | | Court Parking 9/18/19 - Mediation at ADR | 9/26/19 | $ 31.00 | 15.50 | 15.50 |
| LODEG | | Cert Mail - Ed Kilroy Subpoena | 3/28/19 | $ 6.67 | 3.33 | 3.34 |
| LODEG | | Cert Mail to CPD | 12/20/18 | $ 6.67 | 3.34 | 3.33 |
| LODEG | | Cert Mail x2 - Subpoenas to CPD Parmedics | 9/9/19 | $ 13.60 | 6.80 | 6.80 |
| LODEG | | Cert Mail - Subpoena to Sean Dykes | 1/4/19 | $ 6.67 | 3.33 | 3.34 |
| LODEG | | Cert Mail x2 - Supoenas to Dykes and Kilroy | 1/9/19 | $ 12.00 | 6.00 | 6.00 |
| LODEG | | Court Parking 12/15/17 | | $ 10.00 | 5.00 | 5.00 |
| LODEG | | Court Parking 12/13/18 | | $ 10.00 | 5.00 | 5.00 |
| LODEG | | Court Parking 3/21/19 | | $ 10.00 | 5.00 | 5.00 |
| LODEG | | Parking for Bandon Postal Dep 4/22/19 | | $ 10.00 | 5.00 | 5.00 |
| | | | | | 1090.62 | 1176.67 |