UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 19-04426 |
| | ) | |
| Martin, Sergio | ) | Chapter: 7 |
| | ) | Honorable Deborah L. Thorne |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**ORDER RE TRUSTEE'S RULE 9019 MOTION TO APPROVE COMPROMISE AND SETTLEMENT OF PERSONAL INJURY ACTION**

On the motion of Phillip D. Levey, trustee herein, for leave to compromise and settle the claims of Sergio Martin, the debtor herein, set forth in the action for personal injuries now pending before the Law Division of The Circuit Court of Cook County, Illinois, entitled Sergio Martin et al. v. 15 Hubbard, LLC, et al., Case No. 17 L 11130; pay attorney's fees and reimbursement of costs advanced to Daniel E. Goodman, LLC, Trustee's special counsel, in connection therewith; pay health care provider liens thereon; and pay the exemption claim therein of Sergio Martin, the debtor herein; due notice having been given to all creditors, the debtor, the Office of The U.S. Trustee and other parties in interest; no objections to said motion having been filed; on the basis of such motion, the Court finds that a controversy exists and that there is good cause for compromising the same by 15 Hubbard, LLC paying the sum of $150,000.00 in full and final settlement of said action; and now therefore, it is

ORDERED, that Phillip D. Levey, trustee herein, be and he hereby is authorized and empowered to settle and compromise the aforesaid cause of action on the above terms as more fully set forth in said motion; and it is further

ORDERED, that Phillip D. Levey, trustee herein, be and he hereby is authorized and empowered to pay Daniel E. Goodman, LLC the sum of $50,000.00 as and for its attorney fees as special counsel to the trustee and the sum of $1,176.67 as and for reimbursement of costs advanced all in connection with said action; and it is further

ORDERED, that Phillip D. Levey, trustee herein, is authorized to pay Chicago Fire Department EMS, Northwestern Memorial Hospital, Suburban Orthopaedics, Ashton Surgical Center, Oak Brook Anesthesiologists, ATI Physical Therapy, Synergy Rx, Inc. and Medical Enterprise Solutions, LLC the sums of $1,017.00, $4,976.31, $536.36, $18,116.00, $562.50, $691.55, $850.00 and $845.00, respectively, in full and final settlement of their health care provider liens with respect to said action; and it is further

ORDERED, that Phillip D. Levey, trustee herein, is authorized to pay Sergio Martin, the debtor herein, the sum of $15,000.00 in full and final payment of his claims of exemption as to said settlement, all without further order of Court.

Enter:

Honorable Deborah L. Thorne
United States Bankruptcy Judge

Dated: November 07, 2019

**Prepared by:**

Phillip D. Levey
2722 North Racine Avenue
Chicago, IL 60614
(773) 348-9682